IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK ANDREW PIERCE,

    Petitioner,                    No. CIV S-06-1622 FCD GGH P

    vs.

DARREL ADAMS, Warden,

    Respondent.                  ORDER

_____/

        On August 28, 2006, petitioner's counsel (now substituted in as appointed counsel by order filed on August 17, 2006) filed a request for an extension of time to file the joint scheduling statement for this petition for writ of habeas corpus. On August 30, 2006, respondent's counsel filed a request for joinder in the time extension request. Counsel for petitioner filed a proposed order in .pdf format but it appears that neither counsel e-mailed a proposed order in wordprocessing format, which is required by E.D. Local Rule 5-137(b). In order for the court to consider the request of counsel, the proposed order must be submitted in full compliance with the local rules.

        IT IS SO ORDERED.

DATED: 9/1/06                                      /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
pier1622.lcr