IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK ANDREW PIERCE,** | CIV S-06-1622 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DARREL ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the request for extension of time to file the joint scheduling statement is granted.  The joint scheduling statement shall be filed on or before October 5, 2006.

Dated: 9/6/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

pier1622.po2

[Proposed] Order

1