**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

September 6, 2006

Mr. Phillip Brooks
Attorney at Law
#233
1442-A Walnut Street
Berkeley, CA 94709

**FILED**

SEP ~ 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Re:     **Pierce v. Adams**
        Civ.S-06-1622-GGH

Dear Mr. Brooks:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:     Clerk's Office

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | |
|---|---|---|---|---|
| CAE | Pierce, Patrick Andrew | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:06-001622-001 | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| Pierce v. Adams | Other | | Habeas Corpus |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**   If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME  (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Brooks, Philip M<br># 233<br>1442-A Walnut Street<br>Berkeley CA 94709<br><br>Telephone Number:   (510) 528-7996 | ☒ O  Appointing Counsel                  ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender     ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney        ☐ Y  Standby Counsel<br>Prior Attorney's Name: _____<br>   Appointment Date: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,<br>or<br>☐ Other (See Instructions) |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | GREGORY G. HOLLOWS<br>Signature of Presiding Judicial Officer or By Order of the Court<br>        08/10/2006<br>Date of Order                     None Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.     ☐ YES     ☐ NO |

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| **15.** | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| **In Court** | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $  92  )          TOTALS: | | | | | |
| **16.** | a. Interviews and Conferences | | | | | |
| **Out of Court** | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work     (Specify on additional sheets) | | | | | |
| | (Rate per hour = $  92  )          TOTALS: | | | | | |
| **17.** | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** | Other Expenses  (other than expert, transcripts, etc.) | | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED)**

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                                                 Date: _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

1  DANIEL J. BRODERICK, Bar #89424'
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:  (916) 498-5700

5  Attorneys for Petitioner
   PATRICK ANDREW PIERCE
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PATRICK ANDREW PIERCE,         )
                                   )    No. CIV S-06-1622 FCD GGH
12               Petitioner,       )
                                   )
13        v.                       )
                                   )    ORDER
14  DARREL ADAMS, Warden,          )
                                   )
15               Respondent.       )
                                   )
16

17       Pursuant to this Motion for Substitution of Counsel and for the

18  reasons stated therein, IT IS HEREBY ORDERED that PHILIP M. BROOKS shall

19  be substituted in as counsel for Petitioner in place of the Office of the

20  Federal Defender for the Eastern District of California.

21

22  Dated: 8/16/06              /s/ Gregory G. Hollows

23                              GREGORY G. HOLLOWS
                                United States Magistrate Judge
24  pier1622.po

25

26

27

28