IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK ANDREW PIERCE,

    Petitioner,                             No. CIV S-06-1622 FCD GGH P

    vs.

DARREL ADAMS, Warden,              ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, has filed a petition pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's December 3, 2006, motion to stay this matter, pending exhaustion of claim 4 of the first amended petition, the ineffective assistance of counsel claim regarding the failure of petitioner's trial counsel to object to the admission of evidence concerning the North Carolina jurors based on Cal. Evid. Code § 1150, and the appellate attorney's ineffective assistance in failing to raise such a claim on appeal. Respondent has opposed the motion. A hearing on the motion was held on January 18, 2007. Philip Brooks appeared for petitioner; Todd Marshall represented respondent.

        At the hearing, petitioner was directed to file a state supreme court petition raising the claim at issue forthwith and, following the state supreme court's decision, to immediately inform this court of the state court's decision. As there has been no subsequent filing regarding

1

1  the status of petitioner's efforts to exhaust claim 4, the court will now direct petitioner to inform
2  the court of the status of any such effort.
3        Accordingly, IT IS ORDERED that, within five (5) calendar days of the filing
4  date of this order, petitioner inform this court of the date on which a petition was filed in the state
5  supreme court raising claim 4, and of the date of the state supreme court's decision, if one has
6  been issued.  Petitioner's response may be in the form of a brief letter electronically filed in the
7  docket of this case.
8  DATED: 8/7/07
9          /s/ Gregory G. Hollows
        GREGORY G. HOLLOWS
10          UNITED STATES MAGISTRATE JUDGE
11
12
  GGH:009
13  pier1622.ord