IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK ANDREW PIERCE,

    Petitioner,                       No. CIV S-06-1622 FCD GGH P

    vs.

DARREL ADAMS, Warden,             ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, has filed a petition pursuant to 28 U.S.C. § 2254.  On August 15, 2007, this court filed <u>Findings and Recommendations</u>, recommending petitioner's December 3, 2006, motion to stay this matter pending exhaustion of claim 4 of the first amended petition be granted.  Subsequently, on August 22, 2007, petitioner filed a status report, indicating that claim 4 was fully exhausted, the state supreme court having issued a denial of petitioner's state habeas corpus petition on August 15, 2007.

        The court will now vacate both the pending <u>Findings and Recommendations</u>, and petitioner's motion to stay as moot, and will direct the parties to proceed with the briefing of this matter.

\\\\\

Accordingly, IT IS ORDERED that:

1. Petitioner's December 3, 2006, motion to stay and the undersigned's August 15, 2007, <u>Findings and Recommendations</u> are vacated as moot;

2. Petitioner having filed a first amended petition, on January 11, 2007, setting forth all claims that are now fully exhausted, petitioner is directed to file, within 30 days, a supporting memorandum of points and authorities;

3. Upon the filing of petitioner's supporting memorandum, or the expiration of time for doing so, respondent must file, within 30 days thereafter, an answer or dispositive motion; and

4. Petitioner must file a traverse or opposition, as appropriate, within 30 days of service of the respondent's responsive pleading;

5. If respondent filed a motion, respondent will have 30 days after service of an opposition to file a reply.

DATED: 8/28/07                                        /s/ Gregory G. Hollows
                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
pier1622.vcb