1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK ANDREW PIERCE,

11            Petitioner,                    No. CIV S-06-1622 FCD GGH P

12         vs.

13   DARREL ADAMS, Warden,                   ORDER

14            Respondent.

15   _____/

16            Petitioner, a state prisoner proceeding with appointed counsel, has filed a petition

17   pursuant to 28 U.S.C. § 2254.  Pursuant to the court's order, filed on August 29, 2007, petitioner

18   has informed the court that he intends to rely on his previously filed (on February 6, 2007)

19   memorandum of points and authorities in support of the first amended petition.

20            Accordingly, IT IS ORDERED that:

21            1.  Respondent file, within 30 days of the filing date of this order, an answer or

22   dispositive motion;

23            2.  Thereafter, petitioner is to file a traverse or opposition, as appropriate, within

24   30 days of service of the respondent's responsive pleading; and

25   \\\\\

26   \\\\\

1

1          3.  If respondent filed a motion, respondent will have 30 days after service of an

2    opposition to file a reply.

3    DATED: 9/17/07                      /s/ Gregory G. Hollows

4                                    UNITED STATES MAGISTRATE JUDGE

5

6

   GGH:009
7    pier1622.fb

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26