IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK ANDREW PIERCE,

    Petitioner,　　　　　　　No. CIV S-06-1622 FCD GGH P

    vs.

DARREL ADAMS, Warden,　　　　　ORDER

    Respondent.

_____/

    On October 17, 2007, respondent filed an apparently unopposed request for an extension of time to file a response in this matter, pursuant to the court's order, filed on September 17, 2007. Although respondent's counsel did file a proposed order in .pdf format, no proposed order was sent via email in accordance with the requirements of E. D. Local Rule 5-137(b). The court will not consider any request not in compliance with the local rules.

    IT IS SO ORDERED.

DATED: 10/23/07　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009
pier1622.lcr

1