IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK ANDREW PIERCE,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**DARREL ADAMS, Warden,**<br><br>                                    Respondent. | CIV S-06-1622 FCD GGH P<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING** |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including November 16, 2007.

Dated: 10/26/07

/s/ Gregory G. Hollows
U.S. Mag. Judge

pier1622.po

[Proposed] Order

1