IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK ANDREW PIERCE,** | CIV S-06-1622 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DARREL ADAMS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including December 16, 2007.

Dated: 11/16/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

pier1622.po2

[Proposed] Order

1